IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLEY PHELPS, <br><br> Plaintiff, <br><br> v. <br><br> CPI SECURITY SYSTEMS, INC. and KENNETH GILL, <br><br> Defendants. | C/A No. 3:21-cv-00682-FDW-DSC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Kelley Phelps and Defendants CPI Security Systems, Inc. and Kenneth Gill, by and through their counsel, and jointly dismiss the claims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and expenses. It is further stipulated that no party shall seek an award of attorneys' fees or costs incurred in the prosecution or defense of this action.

Dated this the 29th day of July, 2022.

Respectfully submitted,

/s/Nina T. Pirrotti
Nina T. Pirrotti, NC #53232
*Attorney for Plaintiff*
GARRISON, LEVIN-EPSTEIN,
 FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Telephone: 203-777-4425
Facsimile: 203-776-3965
Email: npirrotti@garrisonlaw.com

/s/Faith Herndon
Faith Herndon, NC #17975
*Attorney for Plaintiff*
Law Office of Faith Herndon
115 E. Main Street
Durham, NC 27701
Telephone: 919-682-4994
Facsimile: 888-641-9824
Email: fh@faithlaw.net


/s/Elizabeth R. Gift
Benjamin R. Holland, NC #28580
Elizabeth R. Gift, NC #44331
*Attorneys for Defendants*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email: ben.holland@ogletree.com
            elizabeth.gift@ogletree.com

2

# CERTIFICATE OF SERVICE

I, Elizabeth R. Gift, hereby certify that I have this day electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following individuals:

Nina T. Pirrotti
GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Tel: 203-777-4425
Fax: 203-776-3965
Email: npirrotti@garrisonlaw.com

Faith Herndon
LAW OFFICE OF FAITH HERNDON
115 E Main Street
Durham, NC 27701
Tel: 919-682-4994
Fax: 888-641-9824
Email: fh@faithlaw.net

*Attorneys for Plaintiff*

Dated this 29th day of July, 2022.

    /s/Elizabeth R. Gift
    Elizabeth R. Gift, NC #44331
    *Attorney for Defendants*
    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
    201 South College Street, Suite 2300
    Charlotte, NC 28244
    Telephone: 704-342-2588
    Facsimile: 704-342-4379
    Email: elizabeth.gift@ogletree.com